**From:** dispute.resolution@odh.ohio.gov <dispute.resolution@odh.ohio.gov>
**Sent:** Saturday, April 11, 2020 10:06 AM
**To:** mthompson@ohioconstitution.org
**Subject:** Re: Hearing...

Dear Mr. Thompson,

Your understanding is correct. There must be an existing conflict between jurisdictions. I am unsure of another process to help you at this time. I hope this helps.

Cordially,

Wally

---

**From:** mthompson@ohioconstitution.org <mthompson@ohioconstitution.org>
**Sent:** Friday, April 10, 2020 12:42 AM
**To:** Dispute Resolution <dispute.resolution@odh.ohio.gov>
**Subject:** Hearing...

Dear Sir or Madam,

I represent a business that is not classified as "essential" by the Health Department's Order, but would like to operate, or present evidence that it could safely operate.

It seems like your hearing process is limited to disputes with conflicting health department orders. Is there some other process this client can undertake, or can she file a dispute with you?

Thank you for your time.

*Maurice A. Thompson*
*122 E. Main Street*
*Columbus, Ohio 43215*
*Tel: (614) 340-9817*

**From:** dispute.resolution@odh.ohio.gov <dispute.resolution@odh.ohio.gov>
**Sent:** Thursday, April 9, 2020 8:43 PM
**To:** mthompson@ohioconstitution.org
**Subject:** Thank You for Contacting the Dispute Resolution Commission

Thank you for contacting the dispute resolution commission ("commission"). [Pursuant to paragraph 23 of the Amended Stay at Home Order](#) issued on April 2, 2020 by Dr. Amy Acton, Director of the Ohio Department of Health ("ODH") the purpose of the commission is to evaluate dispute resolution requests and render guidance in situations where two local health departments have come to a different conclusion for similar businesses on what is or is not an essential business.

A request seeking to resolve the conflict may be submitted to commission and ODH by either of the local health departments or an entity or person subject to the determination. The commission will review your verified request and, after investigation, provide an advisory opinion and recommendation to the ODH Director for the purpose of resolving the conflict. The recommendation of the commission shall become the final order 48 hours after issuance unless it is suspended, altered or modified by the director or the director's designee. Absent such suspension, alteration or modification by the director, the recommendation of the commission shall be deemed a final order effective as of the date of the opinion and recommendation and thereafter enforceable. Any such recommendation that is suspended, altered or modified by the director shall be the final order effective on the date of such suspension, alteration or modification and thereafter enforceable.

Our staff will advise you of the commission's advisory opinion and recommendation once issued by the commission. Any person or entity requesting the commission to resolve a dispute shall agree, by submitting the request, to comply with a final order. All information provided to the commission by a person or entity requesting dispute resolution shall be a public record.

For more information on COVID-19 in Ohio, please visit:
https://coronavirus.ohio.gov/wps/portal/gov/covid-19/home

**For information about COVID-19:**
coronavirus.ohio.gov
1-833-4-ASK-ODH

This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.

**From:** Morel, Jennifer E. <JEMorel@columbus.gov>
**Sent:** Friday, April 10, 2020 8:31 AM
**To:** mthompson@ohioconstitution.org
**Subject:** RE: Hearing/Application of Stay at Home Order

Good Morning Mr. Thompson,

Thank you for your email.   Columbus Public Health does not determine if a business is essential or not.  Lt. Governor Husted has been adamant that business read the order, use their best judgement and prepare a letter stating why they feel they are an essential business.

Thank you,
Jen Morel
COVID-19 Liaison


**From:** mthompson@ohioconstitution.org <mthompson@ohioconstitution.org>
**Sent:** Thursday, April 9, 2020 8:45 PM
**To:** Franklin County Public Health <fcph@franklincountyohio.gov>
**Subject:** FW: Hearing/Application of Stay at Home Order

Dear Sir or Madam:

I have a client who runs a bridal shop.  Is she authorized to run her business, at least on some limited basis?

Thank you for your time.


*Maurice A. Thompson*
*122 E. Main Street*
*Columbus, Ohio 43215*
*Tel: (614) 340-9817*