**DECLARATION OF PLAINTIFF TANYA R. HARTMAN**

I, Tanya R. Hartman, declare the following:

1. I have personal knowledge of the factual matters alleged in Plaintiffs' Complaint in this case because I own, directly or indirectly, the S Corporation ("Gilded Social") identified in the Complaint.

2. I have reviewed Plaintiffs' Complaint and Exhibits in this case, and all factual allegations contained in the Complaint are true and accurate.

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed this 16th day of April, 2020

/s/ _Tanya R. Hartman_
    Tanya R. Hartman
    Named Plaintiff