IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TANYA RUTNER HARTMAN, and GILDED SOCIAL, : : : | |
| Plaintiffs, : | Case No. 2:20-CV-1952 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| AMY ACTON, : *In her official capacity as Director of the Ohio* : *Department of Health*, : | Magistrate Judge Jolson |
| : | |
| Defendant. : | |

## ORDER

This matter is before the Court following the telephonic status conference between the parties on May 6, 2020 at 3:15 p.m. During the status conference, Plaintiffs indicated that they had filed an amended complaint and that they no longer require preliminary injunctive relief. Therefore, the preliminary injunction hearing set for Monday May 11, 2020 is **CANCELLED**. Plaintiffs also clarified that their new complaint no longer pursues any class claims or claims pursuant to state law or the Ohio Constitution. Instead, Plaintiffs indicated that their complaint addresses only a due process violation of the Fourteenth Amendment to the U.S. Constitution. Plaintiffs also noted that while they were no longer seeking preliminary injunctive relief, they sought expedited review of their claims in case the Director's Stay at Home order is renewed in the fall. Accordingly, the Court approved of the following schedule for Defendant's motion to dismiss and discovery.

| May 15, 2020 | Defendant's Motion to Dismiss |
|---|---|
| May 18, 2020 | Responses to Interrogatories (both parties) |
| May 22, 2020 | Plaintiff's Response |

| May 27, 2020 | Defendant's Reply |
| May 26, 2020 | Joint Discovery Schedule |

For the reasons stated above, Plaintiff's Motion for a Preliminary Injunction (ECF No. 2) Defendant's Motion to Consolidate the Preliminary Injunction Hearing with Trial (ECF No. 12), Defendant's Motion to Dismiss (ECF No. 13), and Defendant's Motion to Stay (ECF No. 14) are all **DENIED as MOOT**.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  May 7, 2020**