## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TANYA RUTNER HARTMAN, and GILDED SOCIAL, | : : : |
| Plaintiffs, | : Case No. 2:20-CV-1952 |
| v. | : : Chief Judge Algenon L. Marbley : |
| AMY ACTON, *In her official capacity as Director of the Ohio Department of Health*, | : : : Magistrate Judge Jolson : |
| Defendant. | : |

## ORDER

This matter is before the Court on Plaintiffs' Motion for an Extension of Time to File a Memorandum in Opposition to Defendant's Motion to Dismiss. (ECF No. 19). Defendant does not oppose Plaintiffs' Motion. For good cause shown, Plaintiffs' Motion is **GRANTED**. Plaintiffs have until May 26, 2020 to file their Response. Defendant shall have until May 29, 2020 to file a reply.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  May 27, 2020**