# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **TANYA RUTNER HARTMAN, et al.** | : | |
| | : | |
| Plaintiffs, | : | Case No: 2:20-CV-1952 |
| | : | |
| -vs- | : | Chief Judge Marbley |
| | : | |
| **AMY ACTON, in her official capacity as Director of the Ohio Department of Health,** | : : : | Magistrate Judge Jolson |
| Defendant. | | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.4(c), John W. Zeiger and Marion H. Little, Jr. of the law firm of Zeiger, Tigges & Little LLP are hereby substituted as counsel for Defendant Amy Acton in her official capacity as former Director of the Ohio Department of Health in place of former counsel Katherine J. Bockbrader and William C. Greene.  All further pleadings and other papers in this action shall be served upon substitute counsel.  Dr. Acton consents to this substitution and withdrawal of counsel as indicated below.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

/s/ Marion H. Little, Jr.
John W. Zeiger (0010707)
Marion H. Little, Jr. (0042679)
SPECIAL COUNSEL
ZEIGER, TIGGES & LITTLE LLP
41 S. High Street, Suite 3500
Columbus, OH 43215
Telephone:  614-365-9900
Facsimile:  614-365-7900
zeiger@litohio.com
little@litohio.com

/s/ William C. Greene   (by Marion H. Little, Jr., per authority)
Katherine J. Bockbrader (0066472)
William C. Greene (0059230)
Assistant Attorneys General
Health & Human Services Section
30 E. Broad Street, 26th Floor
Columbus, OH 43215
Telephone:  614-466-8600
Facsimile:  614-466-6090
katherine.bockbrader@ohioattorneygeneral.gov
william.greene@ohioattorneygeneral.gov

*Withdrawing Counsel*

CONSENT OF AMY ACTON TO SUBSTITUTION OF COUNSEL:

_____
Amy Acton, former Director of the
Ohio Department of Health

Case: 2:20-cv-01952-ALM-KAJ Doc #: 23 Filed: 07/07/20 Page: 3 of 4  PAGEID #: 568

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed this 7th day of July, 2020 with the Court using the Clerk of Court's electronic filing system, which will serve copies of the same on all counsel of record.

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)

863846